**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,  :  No. 7 MM 2024
:
Respondent  :
:
:
:
v.  :
:
:
:
CHARLES POULSON,  :
:
Petitioner  :

## ORDER

**PER CURIAM**

     **AND NOW**, this 2nd day of May, 2024, the Application for Extraordinary Relief, the "Motion for Summary Judgment," the "Motion for Appointment of Counsel," the "Request for Speedy Disposition," and the Application for "Permission to Submit Evidence" are DENIED.